Certificate Number: 16339-PAE-DE-041054735

Bankruptcy Case Number: 26-11728



16339-PAE-DE-041054735

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2026, at 10:56 o'clock PM EDT, Jamel Ben ammar completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 3, 2026                    By:      /s/Kris Krumal

                                       Name:  Kris Krumal

                                       Title:   Certified Financial Counselor