*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                              : Chapter 7

Jamel Ben Ammar                                         : Case No. 26–11728–pmm
       Debtor(s)

***ORDER***

_____

    AND NOW, this day , August 5, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                        By The Court

                        Patricia M. Mayer
                        Judge, United States Bankruptcy Court